ACCEPTED
01-15-00627-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/21/2015 2:21:14 PM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00627-CR

D'ANGELO MIDDLEBROOKS     X     IN THE COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/21/2015 2:21:14 PM
CHRISTOPHER A. PRINE
Clerk

    X

    X

VS.     X     FOR THE STATE OF TEXAS

    X

    X

THE STATE OF TEXAS     X     1ST JUDICIAL DISTRICT

### MOTION FOR SECOND EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

COMES NOW, D'ANGELO MIDDLEBROOKS, Appellant, and moves for an extension of time in which to file the Appellant's brief, until and including Monday, January 11, 2016, and would further show as follows:

A. The deadline for filing the brief in this cause was December 7, 2015;

B. A request is hereby made for an extension of time to file the Appellant's Brief, until and including Monday, January 11, 2016;

C. The undersigned attorney, Bob Wicoff, has been unusually busy with other matters which have kept him from completing the brief by the current deadline, including, but not limited to, the following:

The undersigned has been appointed to serve as director of the Texas Forensic Science Commission DNA Mixture Interpretation Triage Team, which is investigating thousands of cases state-wide that involve possible inaccurate calculation of DNA mixtures in criminal cases since 1999. The Forensic Science Commission, through a

grant to the Harris County Public Defender's Office, is utilizing the undersigned full-time to work on such project, for as long as it takes to complete it. The undersigned is able to delegate most of his criminal appellate docket, but there remain a few cases, like this one, that it makes sense for him to continue to work on.

D. One previous extension has been granted.

WHEREFORE, the Appellant requests that the deadline for filing his brief in this case be extended until and including January 11, 2016.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas

/s/ Bob Wicoff
**BOB WICOFF**
1201 Franklin, Thirteenth Floor
Houston Texas 77002
(713) 274-6781
TBA No. 21422700
Bob.wicoff@pdo.hctx.net

## CERTIFICATE OF SERVICE

A true copy of this motion has been served electronically on the Harris County District Attorney's Office Appellate Division on November 10, 2015.

/s/ Bob Wicoff
**BOB WICOFF**